United States Courts
Southern District of Texas
ENTERED

NOV 28 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY STEINER, Individually and on Behalf of All Others Similarly Situated | § § § | Civil Action No. H-01-3717 |
| Plaintiff, | § § § | CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE |
| -v- | § § | FEDERAL SECURITIES LAWS |
| ENRON CORP., KENNETH LAY, JEFFREY SKILLING, and ANDREW S. FASTOW | § § § | JURY TRIAL DEMANDED |

## ORDER

Upon consideration of Defendant Kenneth L. Lay's Motion for Substitution of Counsel, it is ORDERED as follows:

1. Robin C. Gibbs and the law firm of Gibbs & Bruns, L.L.P. are hereby granted leave to withdraw as counsel of record for Defendant Kenneth L. Lay.

2. James E. Coleman, Jr. of the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P. and Charles F. Richards, Jr. of the law firm of Richards, Layton & Finger P.A. are hereby substituted as counsel of record for Defendant Kenneth L. Lay. James E. Coleman, Jr. shall act as attorney-in-charge for Kenneth L. Lay.

Signed this _28th_ day of _November_, 2001.

_____
UNITED STATES DISTRICT JUDGE

108217.1